

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On December 22, 2022, appellant filed her brief stating portions of the reporter's record were missing. We therefore ordered appellant to file a response specifying what portions of the reporter's record were missing. On January 10, 2023, appellant filed a response stating transcripts for the following dates were missing: January 5, 2021; February 2, 2021; February 16, 2021; March 4, 2021; November 2, 2021; and March 8, 2022. Appellant also states the clerk's record is missing "critical and substantial evidence" from a previous appeal.

Our records confirm appellant filed a previous appeal in this court, which was docketed as appellate cause number 04-21-00114-CV and styled *Zulema Garza v. Zulema J. Garza, Jose Juan Garza, III, Andres Garza, Alejandro Garza, and Gabriel Garza*. *See Garza v. Garza*, No. 04-21-00114-CV, 2021 WL 4443720, at *1 (Tex. App.—San Antonio Sept. 29, 2021, no pet.) (mem. op.). After reviewing the appellate record in the previous appeal, we **order** the clerk of this court to transfer a copy of the reporter's record for the March 4, 2021 temporary injunction hearing from the previous appeal (appellate cause number 04-21-00114-CV) into this current appeal (appellate cause number 04-22-00326-CV). We further **order** the court reporter to prepare, certify, and file a reporter's record for the following dates—January 5, 2021; February 2, 2021; February 16, 2021; November 2, 2021; and March 8, 2022—**by March 10, 2023.** *See* TEX. R. APP. P. 34.6(d) (providing appellate court may direct court reporter to prepare, certify, and file omitted portions of the reporter's record). To the extent appellant contends the clerk's record is incomplete, we note the clerk's record filed in this appeal (appellate cause number 04-22-00326-CV) includes the clerk's record and supplemental clerk's record filed in the previous appeal (appellate cause number 04-21-00114-CV).

FILE COPY

Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court